FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0015

_____

IN THE MATTER OF:

J.C.S. and J.C.S.,                                            O R D E R

        Youths in Need of Care.


_____


        Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

        The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

                        For the Court,

                                        Electronically signed by:
                                        Mike McGrath
                                Chief Justice, Montana Supreme Court
                                        July 22 2020